# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Jonathan Sullaman McDougald            Docket No. 5:10-CR-66-1F

### Petition for Action on Supervised Release

       COMES NOW Thomas E. Sheppard, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jonathan Sullaman McDougald, who, upon an earlier plea of guilty to Possession of a Firearm With an Obliterated Serial Number by a Convicted Felon in violation of 18 U.S.C. §922(g)(1) and 924, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on November 12, 2010, to the custody of the Bureau of Prisons for a term of 57 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.
2. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days.
3. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.
4. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

       Jonathan Sullaman McDougald was released from custody on July 11, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

       The defendant was convicted of Attempted Second Degree Rape in 2000. Due to the sex offense in his history, we recommend the addition of the following special conditions. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Jonathan Sullaman McDougald
Docket No. 5:10-CR-66-1F
Petition For Action
Page 2

 

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in mental health/sex offender treatment, evaluation testing, clinical polygraphs and other assessment instruments as directed by the probation officer.
2. The defendant shall comply with the registration requirements of the Sex Offender Registration and Notification Act of 2006, as directed by the Bureau of Prisons and the probation officer.
3. The defendant shall not purchase, possess, use, or control any sexually explicit pictures, paraphernalia, erotica, magazines, video tapes, or movies.
4. The defendant shall not frequent adult bookstores, sex shops, topless bars, or massage parlors.
5. The defendant shall have no direct or indirect contact with the victim in this case without prior approval of the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert K. Britt | /s/ Thomas E. Sheppard |
| Robert K. Britt | Thomas E. Sheppard |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: July 23, 2014 |

## ORDER OF COURT

Considered and ordered this 24th day of July, 2014, and ordered filed and made a part of the records in the above case.

_____
James C. Fox
Senior U.S. District Judge